[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 14-12322
Non-Argument Calendar
_____

D.C. Docket No. 4:14-cr-00026-RH-CAS-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JERRY JOSEPH,
a.k.a. Gerry Jeudy,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Florida
_____

(April 21, 2016)

Before MARTIN, JULIE CARNES and ANDERSON, Circuit Judges.

PER CURIAM:

Robert Augustus Harper, III, appointed counsel for Jerry Joseph in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S. Ct. 1396, 18 L. Ed. 2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Joseph's convictions and sentences are **AFFIRMED**.